FILED

09/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0353

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0353

STATE OF MONTANA,

    Plaintiff/Appelle,

V.

ROBERT EARL STAUDENMAYER,

    Defendant/Appellant.

FILED

SEP 2 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing.

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 15th, 2022, within which to prepare, file and serve Appellant's opening brief on appeal.

Dated September 20, 2022

By: _____

Supreme Court Justice